Brian O. O'Mara (Bar No. 229737)
Steven M. Jodlowski (Bar No. 239074)
**DICELLO LEVITT LLP**
4747 Executive Drive, Suite 240
San Diego, California 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com
stevej@dicellolevitt.com

*Counsel for Plaintiff*
*The White Mountain Apache Tribe*

[*Additional Counsel Appear on Signature Page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WHITE MOUNTAIN APACHE TRIBE, | Case No. 4:25-cv-000249-YGR |
| Plaintiff. | **PROOF OF SERVICE OF SUMMONS** |
| vs. | |
| META PLATFORMS, INC. F/K/A FACEBOOK, INC.; FACEBOOK PAYMENTS INC.; SICULUS, INC.; FACEBOOK OPERATIONS, LLC; INSTAGRAM, LLC; SNAP, INC.; TIKTOK INC. F/K/A MUSICAL.LY, INC.; BYTEDANCE INC.; BYTEDANCE LTD.; TIKTOK LTD.; TIKTOK LLC; TIKTOK U.S. DATA SECURITY INC.; GOOGLE LLC; YOUTUBE, LLC; and ALPHABET INC., | |
| Defendants. | |

1  I hereby certify under penalty of perjury that on January 13, 2025, I caused to be served the Complaint (ECF No. 1), Summons, and Civil Cover Sheet (ECF No. 5) pursuant to Case Management Order No. 4 – Direct Filing Order (ECF No. 119) in *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, 4:22-md-03047-YGR (N.D. Cal.) unto Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Payments Inc., Siculus, Inc., Facebook Operations, LLC, and Instagram, LLC at email address metanoticeofservice@cov.com; Defendant Snap, Inc. at email address snapnoticeofservice@mto.com; Defendants TikTok Inc. f/k/a Musical.ly, Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC at email address tiktoksop@kslaw.com; and Defendants Google LLC, YouTube, LLC, and Alphabet Inc. at email address service-youtube-inresocialmediam@list.wsgr.com.  Please see Exhibit A attached hereto for the email response from the aforementioned defendants which shall constitute proof of service.

DATED:  January 13, 2025

                    *s/ Brian O. O'Mara*
                    BRIAN O. O'MARA

Brian O. O'Mara (Bar No. 229737)
Steven M. Jodlowski (Bar No. 239074)
**DiCELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA  92121
Tel.: (619) 923-3939
briano@dicellolevitt.com
stevej@dicellolevitt.com

Adam J. Levitt
Amy Keller
Jessica M. Holmes
**DiCELLO LEVITT LLP**
Ten North Dearborn St., Sixth Floor
Chicago, IL  60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
jholmes@dicellolevitt.com

Diandra Debrosse
**DiCELLO LEVITT LLP**
505 20th Str. North, 15th Floor
Financial Center
Birmingham, AL  35203
Tel.: (205) 855-5700
fu@dicellolevitt.com

Richard Fields
Martin Cunniff
Anna Kovalevska
**FIELDS HAN CUNNIFF PLLC**
1702 Pennsylvania Ave. NW, Suite 200
Washington, DC  20006
Tel.: (833) 382-9816
fields@fhcfirm.com
martincunniff@fhcfirm.com
kovalevska@fhcfirm.com

*Counsel for Plaintiff*
*The White Mountain Apache Tribe*