# Exhibit A

| | |
|---|---|
| **From:** | MetaNoticeofService |
| **To:** | Jessica Holmes |
| **Subject:** | Automatic Reply |
| **Date:** | Friday, January 10, 2025 2:59:43 PM |

This automatic reply confirms receipt of your e-mail to MetaNoticeofService@cov.com

| | |
|---|---|
| **From:** | SnapMDLNotices |
| **To:** | Jessica Holmes |
| **Subject:** | Auto-reply: Snap Acknowledgement of Service of Process |
| **Date:** | Friday, January 10, 2025 2:13:51 PM |

Greetings,

This email constitutes proof that Defendant Snap Inc. has been served with the document(s) attached in your email. By accepting service of process, Snap does not waive any other defenses, including those related to jurisdiction and venue.

*\*\*\*NOTICE\*\*\**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

| | |
|---|---|
| **From:** | TikTokSOP |
| **To:** | Jessica Holmes |
| **Subject:** | Automated response |
| **Date:** | Friday, January 10, 2025 10:33:01 AM |

We accept service on behalf of TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok LLC ONLY.

This is a system mailbox please do not reply.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

| | |
|---|---|
| **From:** | Wilson Sonsini LISTSERV Server (17.0) |
| **To:** | Jessica Holmes |
| **Subject:** | Message Received To List |
| **Date:** | Friday, January 10, 2025 2:13:04 PM |

This is an automated response and confirms receipt of your email.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.